[Cite as *Peroli v. Medina Cty. Prosecutor*, 2023-Ohio-2320.]

## IN THE COURT OF CLAIMS OF OHIO

| | |
|---|---|
| JUSTIN P. PEROLI | Case No. 2023-00002PQ |
| Requester | Judge Lisa L. Sadler |
| v. | <u>JUDGMENT ENTRY</u> |
| MEDINA COUNTY PROSECUTOR | |
| Respondent | |

{¶1} In this public-records case, a Special Master has issued a Report and Recommendation in which the Special Master recommends denial of Requester's claims and assessment of costs against Requester. (Report and Recommendation, 4.)

{¶2} Neither Requester nor Respondent has filed timely written objections to the Report and Recommendation in accordance with R.C. 2743.75(F)(2). Pursuant to R.C. 2743.75(F)(2), if neither party timely objects, then this Court "shall promptly issue a final order adopting the report and recommendation, unless it determines that there is an error of law or other defect evident on the face of the report and recommendation." Upon independent review, the Court finds that there is no error of law or other defect evident on the face of the Report and Recommendation. The Court therefore adopts the Report and Recommendation.

{¶3} Accordingly, in accordance with the Special Master's recommendations, the Court denies Requester's claims and assesses court costs to Requester. The Clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.


LISA L. SADLER
Judge

Filed June 6, 2023
Sent to S.C. Reporter 7/7/23